JEREMIAH ALBRIGHT AND OTHERS v. DANIEL H. MALLORY.

Where an injunction restraining the collection of money is dissolved by an interlocutory order of the Court, on motion, and judgment rendered against the plaintiff and his sureties, with the requirement as provided by the Statute, that the defendant give bond to the plaintiff in double the amount, to refund to him the amount recovered, in case the injunction should be made perpetual on final hearing, an appeal or writ of error does not lie until after the final hearing and judgment.

Error from Panola. The entry of the order dissolving the injunction was as follows :

The cause coming on to be heard on motion, it is ordered by the Court, that the injunction be dissolved, and that said Daniel H. Mallory have and recover of the said Jeremiah Albright and his sureties, John K. Williams and Stephen L. Davis, the sum of one hundred and fifteen dollars, together with all costs of suit in this behalf expended, for which let execution issue, on the said Daniel H. Mallory giving to the said Jeremiah Albright his refunding bond in the sum of two hundred and thirty dollars, conditioned as the law directs, and with good security to be approved by the Clerk, to refund to the said Albright the said sum of one hundred and fifteen dollars, in case the injunction, dissolved as aforesaid, be made perpetual on final hearing, upon its merits.

The next proceeding was the writ of error.

*D. Field*, for defendant in error, suggested delay.

HEMPHILL, CH. J. The injunction granted on the filing of

the petition, was dissolved on the coming in of the answer, and on motion. Judgment was entered against the plaintiff and his sureties in the injunction bond, and the defendant required to give a refunding bond as directed by Statute. (Hart. Dig. Art. 1604.) But there was no final hearing or decree on the merits. There was no such final judgment as could be the subject of appeal or writ of error, and the writ is accordingly dismissed.

Writ of error dismissed.